UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WINNERS SALAS,<br><br>                              Plaintiff,<br><br>                -v.-<br><br>BRONX PAWNBROKER INC.; CONCOURSE PAWNBROKERS, INC.; FLUSHING JEWELRY & PAWN LLC; CONCOURSE NY REALTY INC.; FANG HUNG WU; MICHELLE WU; and AMY WU,<br><br>                              Defendants. | 20 Civ. 3116 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On December 28, 2020, the Court was informed that the parties were unable to resolve this case in mediation. Defendants shall respond to Plaintiff's amended complaint — by filing an answer to the complaint or by renewing their request for a pre-motion conference for an anticipated motion to dismiss — on or by January 12, 2021.

    SO ORDERED.

Dated:    December 29, 2020
          New York, New York

                                            _____
                                              KATHERINE POLK FAILLA
                                              United States District Judge