UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WINNERS SALAS,

                  Plaintiff,

-v.-

BRONX PAWNBROKER INC.; CONCOURSE PAWNBROKERS, INC.; FLUSHING JEWELRY & PAWN LLC; CONCOURSE NY REALTY INC.; FANG HUNG WU; MICHELLE WU; and AMY WU,

                  Defendants.

20 Civ. 3116 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    On December 29, 2020, the Court was informed that the parties had reached a settlement in this case. Accordingly, the parties are instructed to file their completed settlement agreement along with a joint letter regarding the fairness of the settlement agreement on or before February 10, 2021, for this Court's review in accordance with the FLSA and Second Circuit law. *See, e.g.*, *Cheeks* v. *Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015). The Clerk of Court is directed to terminate all pending motions and adjourn all remaining dates.

    SO ORDERED.

Dated:    January 13, 2021
             New York, New York

                                          KATHERINE POLK FAILLA
                                          United States District Judge